The BROOKLYN. (Circuit Court of Appeals, Second Circuit. November 10, 1920.) No. 8. Appeal from the District Court of the United States for the Eastern District of New York. Suit in admiralty by Walter Clyde against the ferryboat Brooklyn; the Union Ferry Company of New York & Brooklyn, claimant. Decree for respondent, and libelant appeals. Affirmed. Foley & Martin, of New York City (G. V. A. McCloskey and James A. Martin, both of New York City, of counsel), for appellant. Macklin, Brown, Purdy & Van Wyck, of New York City (P. M. Brown, of New York City, of counsel), for appellee. Before WARD, ROGERS, and HOUGH, Circuit Judges.

PER CURIAM. Decree affirmed.

---

COMMERCIAL PACIFIC CABLE CO. v. PHILIPPINE NAT. BANK. (Circuit Court of Appeals, Second Circuit. December 8, 1920.) No. 34. Appeal from the District Court of the United States for the Southern District of New York. Bill by the Commercial Pacific Cable Company against the Philippine National Bank. From a decree granting an injunction (263 Fed. 218), defendant appeals. Affirmed. Giffin & Hannon, of New York City (N. F. Griffin and John W. Hannon, both of New York City, of counsel), for appellant. William W. Cook, of New York City (C. E. Hughes, of New York City, of counsel), for appellee. C. Marvin, of Washington, D. C., and Frederick M. Brown, of New York City, for the War Department, amici curiæ. Before WARD, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. This is an appeal from a decree of Judge Mayer granting an injunction. 263 Fed. 218. In this court counsel for the government of the Philippine Islands and for the Bureau of Insular Affairs were heard as amici curiæ. The decree appealed from concerns only the privileges granted to the government under the Post Road Act in respect to rates and priority of transmission. It does not consider the right of the Bureau of Insular Affairs to transmit in the government code any cablegrams between the bank and the Governor General of the Philippine Islands, if it thinks it desirable to do so because of their governmental character, but at the ordinary rates and without priority. The decree is affirmed.

MANTON, Circuit Judge, concurs in result.

---

HASTORF v. LEONHARD MICHAEL BREWING CO. (Circuit Court of Appeals, Second Circuit. November 10, 1920.) No. 20. Appeal from the District Court of the United States for the Eastern District of New York. Suit in admiralty by Albert H. Hastorf against the Leonhard Michael Brewing Company. Decree for respondent, and libelant appeals. Affirmed. For opinion below, see 248 Fed. 835. Foley & Martin, of New York City (G. V. A. McCloskey and James A. Martin, both of New York City, of counsel), for appellant. Macklin, Brown, Purdy & Van Wyck, of New York City (P. M. Brown, of New York City, of counsel), for appellee. Before WARD, ROGERS, and HOUGH, Circuit Judges.

PER CURIAM. Decree affirmed.